FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 17, 2025**

SEAN F. McAVOY, CLERK

S. Peter Serrano
United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:25-CR-6032-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. § 2119(1)<br>Carjacking<br>(Count 1) |
| HECTOR DAVID FLORES, | |
| Defendant. | 18 U.S.C. § 924(c)(1)(A)(ii)<br>Brandishing a Firearm in<br>Commission of a Crime of<br>Violence<br>(Count 2) |
| | 21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(vi)<br>Possession with Intent to<br>Distribute 40 Grams or More<br>of Fentanyl<br>(Count 3) |
| | 21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(viii)<br>Possession with Intent to<br>Distribute 5 Grams or More of<br>Actual (Pure)<br>Methamphetamine<br>(Count 4) |

18 U.S.C. §§ 922(g)(1),
924(a)(8)
Felon in Possession of
Firearms
(Count 5)

18 U.S.C. 924(d)(1),
28 U.S.C. 2461(c),
21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about June 10, 2025, in the Eastern District of Washington, the Defendant, HECTOR DAVID FLORES, took a motor vehicle, to wit: a 2005 Toyota Tundra bearing Washington License Plate D36256G, that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of J.B., by force, violence, and intimidation, with the intent to cause death and serious bodily injury, in violation of 18 U.S.C. § 2119(1).

## COUNT 2

On or about June 10, 2025, in the Eastern District of Washington, the Defendant, HECTOR DAVID FLORES, did knowingly brandish a firearm, to wit: a Ruger, SR1911, .45 caliber handgun, bearing serial number 673-95042, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Carjacking, as charged in Count 1 of this Indictment, in violation of 18 U.S.C. § 2119(1), all in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT 3

On or about June 10, 2025, in the Eastern District of Washington, the Defendant, HECTOR DAVID FLORES, did knowingly possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable

INDICTMENT – 2

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

COUNT 4

On or about June 10, 2025, in the Eastern District of Washington, the Defendant, HECTOR DAVID FLORES, did knowingly possess with intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

COUNT 5

On or about June 10, 2025, in the Eastern District of Washington, the Defendant, HECTOR DAVID FLORES, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, firearms, to wit: a Ruger, SR1911, .45 caliber handgun, bearing serial number 673-95042; a Hi-Point Firearms, Model C9, 9mm handgun, bearing serial number P1891188; and a Smith and Wesson, .38 special revolver, bearing serial number BMA2649, which firearms had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 2119, as set forth in Count 1; and/or in violation of 18 U.S.C. § 924(c)(1)(A)(ii), as set forth in Count 2, and/or in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 5 of this Indictment the Defendant, HECTOR DAVID FLORES, shall forfeit to the United

INDICTMENT – 3

States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Ruger, SR1911, .45 caliber handgun, bearing serial number 673-95042 and loaded six (6) rounds of assorted .45 caliber ammunition;

- a Hi-Point Firearms, Model C9, 9mm handgun, bearing serial number P1891188;

- two magazines loaded with a total of 19 rounds of CCI 9mm ammunition; and,

- a Smith and Wesson, .38 special revolver, bearing serial number BMA2649, and loaded five (5) rounds of assorted .38 caliber ammunition.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in Counts 3 and 4 of this Indictment, the Defendant, HECTOR FLORES, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

- $1,190.00 U.S. currency;

- a Ruger, SR1911, .45 caliber handgun, bearing serial number 673-95042 and loaded six (6) rounds of assorted .45 caliber ammunition;

- a Hi-Point Firearms, Model C9, 9mm handgun, bearing serial number P1891188;

- two magazines loaded with a total of 19 rounds of CCI 9mm ammunition; and,

- a Smith and Wesson, .38 special revolver, bearing serial number BMA2649, and loaded five (5) rounds of assorted .38 caliber ammunition.

//

INDICTMENT – 4

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 17 day of September 2025.

A TRUE BILL

_____
S. Peter Serrano
United States Attorney

_____
Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 5